**Fill in this information to identify the case:**

Debtor 1: Kimberly N. Hayes

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Tennessee

Case number: 19-11038

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** JP Morgan Mortgage Acquisition Corp

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:  2  3  3  5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 6/25/19 | (5) $ 250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ _____ |
| 11. Other. Specify: Objection to Confirmation | 6/26/19 | (11) $ 250.00 |
| 12. Other. Specify: _____ | | (12) $ _____ |
| 13. Other. Specify: _____ | | (13) $ _____ |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

| Debtor 1 | Kimberly N. Hayes | | Case number *(if known)* 19-11038 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Richard B. Maner
Signature

Date 10/18/2019

Print:  Richard B. Maner
First Name  Middle Name  Last Name

Title  Attorney

Company  Richard B. Maner P.C.

Address  180 Interstate N Parkway Ste 200
Number    Street
Atlanta                    GA    30339
City                       State  ZIP Code

Contact phone  404-252-6385 ext. 237

Email  rmaner@rbmlegal.com

Official Form 410S2  **Notice of Postpetition Mortgage Fees, Expenses, and Charges**  page **2**

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHANGES** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

This the  21st   day of October, 2019

Kimberly N. Hayes
809 North Park Ave
Brownsville, TN 38012

Robert B. Vandiver, Jr.
227 W. Baltimore
P.O. Box 906
Jackson, TN 38302-0906

Timothy H. Ivy
P.O. Box 1313
Jackson, TN 38302-1313

**/s/Richard B. Maner**
Richard B. Maner
Counsel for Movant
TN Bar No. 024019
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385; Fax: (404) 252-6394
*rmaner@rbmlegal.com*